**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Shannon Flaherty and Joseph Stewart, Defendants,

and

William McCormick and Danielle McCormick,
Intervenors,

Of whom Shannon Flaherty is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2020-001652

------------------

Appeal From York County
Thomas Henry White, IV, Family Court Judge

------------------

Unpublished Opinion No. 2021-UP-115
Submitted April 6, 2021 – Filed April 7, 2021

------------------

**AFFIRMED**

------------------

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem.

---

**PER CURIAM:** Shannon Flaherty appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2020).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Flaherty's counsel.

**AFFIRMED.**[1]

**KONDUROS, GEATHERS, and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.